No. 389. GARCIA-GONZALES *v.* IMMIGRATION AND NATURALIZATION SERVICE. C. A. 9th Cir. Certiorari denied. *Joseph S. Hertogs* for petitioner. *Acting Solicitor General Spritzer, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for respondent.

No. 393. SILL CORP. *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. *Roland Boyd, John J. Geraghty* and *William VanDercreek* for petitioner. *Acting Solicitor General Spritzer, Assistant Attorney General Weisl, Roger P. Marquis* and *Raymond N. Zagone* for the United States.

No. 403. NATIONAL MARITIME UNION OF AMERICA, AFL–CIO *v.* NATIONAL LABOR RELATIONS BOARD. C. A. D. C. Cir. Certiorari denied. *Abraham E. Freedman* for petitioner. *Acting Solicitor General Spritzer, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for respondent.

No. 405. SEMEL *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. *Joseph J. Lyman* and *Josiah Lyman* for petitioner. *Acting Solicitor General Spritzer, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 128. WILLHEIM ET AL. *v.* MURCHISON ET AL., DBA MURCHISON BROTHERS, ET AL. C. A. 2d Cir. Certiorari denied. MR. JUSTICE FORTAS took no part in the consideration or decision of this petition. *Leonard I. Schreiber* for petitioners. *Stuart N. Updike* for Murchison et al., and *Samuel E. Gates* and *Robert J. Geniesse* for Investors Diversified Services, Inc., respondents.